IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORDAN A. GIBBS,

    Plaintiff,

  v.

JEAN HILL, Superintendent,
Snake River Correctional
Institution,

    Defendant.

Civil No. 05-1639-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on January 2, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings

1 - ORDER

and Recommendation #39.  The petition for writ of habeas corpus (#1) is denied.

    IT IS SO ORDERED.

    DATED this  29   day of January, 2008.

                                          /s/  Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge